■ SHEILA DE CARLO, et al., Doing Business as SATISFASHIONS, Respondents, v NICOLA SANESE, Individually and Doing Business as NICOLE'S, Appellant. (Appeal No. 1.)—Appeal unanimously dismissed as moot. (Appeal from order and judgment of Monroe Supreme Court—injunction.) Present—Marsh, P. J., Cardamone, Simons, Dillon and Schnepp, JJ.